AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| **JonPaul Marcel Nadeau** <br> *Plaintiff(s)* <br><br> v. <br><br> **Creative Real Estate & Projects LLC and Marcelo E Dalle Nogare** <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 0:25-cv-60174-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Creative Real Estate & Projects LLC
Serve: Registered Agent
DALLE NOGARE, MARCELO E
908 S Andrews Avenue
FORT LAUDERDALE, FL 33316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Rothman
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
561.404.4350
joel.rothman@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 31, 2025

Angela E. Noble
Clerk of Court



s/ J. Adams
Deputy Clerk
U.S. District Courts

SUMMONS